UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. KLINGE, )
    Plaintiff, )
) No. 1:13-cv-213
-v- )
) HONORABLE PAUL L. MALONEY
SUSAN VANDECAR, et al., )
    Defendants. )
_____)

## **JUDGMENT**

Having dismissed this lawsuit for lack of subject-matter jurisdiction, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:   February 27, 2013                                  /s/ Paul L. Maloney
                                                                                             Paul L. Maloney
                                                                                             Chief United States District Judge